# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE RICHARD,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>WASHOE COUNTY SHERIFF DEPT., *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:23-cv-00249-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 15 |

Before the court is Plaintiff's Motion for Extension of Time to Complete Service. (ECF No. 15.)

Plaintiff's Motion for Extension of Time to Complete Service (ECF No. 15) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, September 15, 2025**, in which to effect service. There shall be no further extensions of the deadline for service absent a showing of good cause for the failure to serve the Defendant pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

DATED: June 16, 2025.

_____
Craig S. Denney
United States Magistrate Judge